Filed 4/20/26  P. v. Machado CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>JUAN RAMON MACHADO,<br><br>Defendant and Appellant. | 2d Crim. No. B349142<br>(Super. Ct. No. 25SFCF00176)<br>(Los Angeles County) |

Juan Ramon Machado appeals after he was convicted by jury trial of inflicting corporal injury in violation of Penal Code, section 273.5, subdivision (a).  The trial court sentenced appellant to the low term of two years in state prison with 112 days of presentence custody credit.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On January 15, 2026, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  The

30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

Appellant and the victim had previously been in a dating relationship. They agreed to meet at a restaurant parking lot to discuss a dispute after appellant received a video of the victim having sex with another person. An argument ensued followed by a physical altercation. Video surveillance of the parking lot captured some of the incident.

At trial, the victim testified that appellant threatened to send or publish intimate videos of her. She tried to take his cell phone to delete the videos, but appellant grabbed it and hit her in the face with it. She further testified that during the altercation, appellant pushed and punched her repeatedly. He grabbed her by the neck with both hands and strangled her for approximately 15 to 20 seconds. She tried to fight him off, but he continued to strangle her even after she fell to the ground. The prosecution submitted into evidence several exhibits, including photographs depicting the victim with marks on her face and neck.

The defense presented evidence that the victim was the aggressor and appellant acted in self-defense and defense of his property.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

### Disposition

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, Acting P. J.

We concur:

BALTODANO, J.

CODY, J.

David W. Stuart, Judge
Superior Court County of Los Angeles

_____

Brian Y. Shirazi, under appointment by the Court of
Appeal, for Defendant and Appellant.

No appearance for Respondent.